UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV13-2184-CAS(AGRx) | Date | June 20, 2013 |
| Title | *NORTHWEST ADMINISTRATORS, INC. v. PERFORMANCE PAPER, LLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - STIPULATION OF DISMISSAL (filed 06/20/13)[16]

The Court is in receipt of the above-referenced Stipulation of Dismissal. A separate proposed Order was not submitted for the Court's approval, pursuant to this Court's e-filing rules. The Court hereby grants the parties' Stipulation and Order of Dismissal and the above-referenced action is dismissed with prejudice. Each side shall bear their own costs and fees.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |